# EXHIBIT A

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

KALORAMA CITIZENS ASSOCIATION :
PO Box 21311 :
Washington, DC 20009 :
           :
       and :
           :
ADAMS MORGAN FOR :
   REASONABLE DEVELOPMENT :
2032 Belmont Road NW :
Suite 312 :
Washington DC 20009 :
           :
     *Plaintiffs,* :
           :
     vs. :     Civil Action No. <u> 2017 CA 004182 B </u>
           :
SUNTRUST BANK COMPANY :
   d/b/a SUNTRUST BANK :
   a/k/a SUNTRUST BANKS, INC. :     <u>**Jury Trial Demanded**</u>
303 Peachtree Street, NE :
Atlanta, GA   20208 :
           :
*Serve*:  Corporation Service Company :
     Registered Agent for the :
        Service of Process :
     1090 Vermont Avenue, NW :
     Washington, DC 20005 :
           :
POTOMAC INVESTMENT :
   PROPERTIES, INC. :
1666 K Street, NW :
Suite 430 :
Washington, DC 20006 :
           :
*Serve*:  Michael K. Gewirz :
     Registered Agent for the :
        Service of Process :
     1666 K Street, NW :
     Suite 430 :
     Washington, DC 20009 :
           :

1800 COLUMBIA POTOMAC                  :
INVESTMENT PROPERTIES, LLC             :
1666 K Street, NW, Suite 430           :
Washington, DC 20006                   :
                                       :
*Serve*:  LPRA Inc.                    :
         Registered Agent for the      :
                Service of Process     :
         4725 Wisconsin Avenue, NW     :
         Suite 250                     :
         Washington, DC 20016          :
                                       :
1800 COLUMBIA ROAD, LLC                :
680 Water Street, SW                   :
Washington, DC  20024                  :
                                       :
*Serve:*  LPRA Inc.                    :
         Registered Agent for the      :
                Service of Process     :
         4725 Wisconsin Avenue, NW     :
         Suite 250                     :
         Washington, DC  20016         :
                                       :
CRESTAR FINANCIAL CORPORATION          :
d/b/a SUNTRUST BANK                    :
303 Peachtree Street, NE               :
Atlanta, GA   20208                    :
                                       :
*Serve*:  Prentice-Hall Corporation Systems  :
         Registered Agent for the      :
                Service of Process     :
         1090 Vermont Avenue, NW       :
         Washington, DC 20005          :
                                       :
P.N. HOFFMAN & ASSOCIATES, INC.        :
680 Water Street, SW                   :
Washington, DC  20024                  :
                                       :
*Serve*:  CT Corporation Systems       :
         Registered Agent for the      :
                Service of Process     :
         1015 15th Street, NW, Suite 1000  :
         Washington, DC 20005          :
                                       :
         *Defendants.*                 :
===================================

2

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

**Introduction**

1.      For almost 40 years, a public plaza ("Plaza") has stood at the southwest corner of the intersection of 18th Street and Columbia Road, Northwest, in the District of Columbia, serving as the town square for Adams Morgan. The former owner of the Plaza, the Perpetual Federal Savings & Loan Association ("Perpetual"), established an easement by dedication in favor of the public for the Plaza in the late 1970s. This is an action for declaratory and injunctive relief to prevent private interests from constructing a new building in the space now occupied by the Plaza that would destroy the public easement.

**Parties**

2. Plaintiff Kalorama Citizens Association ("KCA") is an all-volunteer organization founded in 1919 to address issues of importance to residents of the Adams Morgan neighborhood, which range from maintaining attractive and safe streets and parks to representing the community on broader issues like zoning, land use planning, economic development, public education, and historic preservation. In recent years, KCA has represented neighborhood interests before the District Council and District boards and commissions, supported educational and youth programs, prepared and sponsored the neighborhood's historic district designation applications, and sponsored a public garden project in Adams Morgan. KCA is a not-for-profit section 501(c)(3) citizens association created for civic purposes. KCA's boundaries encompass in their entirety two of the four historic districts that are either totally or partially within Adams Morgan. Those two KCA historic districts are the Kalorama Triangle Historic District and the Washington Heights Historic District. The Plaza is located in the Washington Heights Historic District and is directly across the street from the Kalorama Triangle Historic District.

3.     On October 22, 2016, KCA unanimously approved a resolution authorizing a lawsuit to preserve the easement in favor of the public for the Plaza.

4.     Plaintiff Adams Morgan for Reasonable Development ("AdMo4RD") is a non-profit citizens association organized pursuant to the District of Columbia's Uniform Unincorporated Non-Profit Association Act of 2010. AdMo4RD's purposes include protecting and preserving the personal and property interests of residents and families, including those living, working, and playing in the historic and unique Adams Morgan neighborhood. In recent years, AdMo4RD has organized hundreds of Adams Morgan residents, representing them on development issues and advancing the interests of Adams Morgan residents in land use issues. On June 5, 2017, AdMo4RD's membership authorized the association to undertake this action.

5.     Adams Morgan is a District of Columbia neighborhood that centers on the Plaza at the intersection of 18th Street and Columbia Road, Northwest, and includes four pre-existing neighborhoods – Washington Heights, Lanier Heights, Kalorama Triangle, and Reed-Cooke. The neighborhood's name comes from the "Adams Morgan Better Neighborhood Conference," which was formed in 1956 to facilitate the integration of two formerly segregated elementary schools, the all-black Thomas P. Morgan School and the all-white John Quincy Adams School. Their integration following the landmark 1954 ruling of the U.S. Supreme Court in the *Bolling v. Sharpe* case governing the desegregation of District of Columbia schools became a model of successful school integration and a source of lasting pride for Adams Morgan residents.

6.     The Plaza has been open continuously for public use 24 hours a day, 365 days a year for about 38 years. There are no fences, gates, or lines of demarcation separating the Plaza from the public roads and sidewalks, and no signs limiting the public's use of the Plaza space. The Plaza design features a 2,500-square foot ground level open area, with a 1,500-square foot

elevated performers' platform above it, with stage-style staircases at both ends. Throughout the years, the Plaza has hosted hundreds of civil, cultural, athletic, spiritual, and musical events, as well as political and social activities, and is the heart of the Adams Morgan neighborhood.

7.     The Plaza is home to the Adams Morgan farmers market ("Farmers Market"), an award-winning neighborhood institution, providing nutritional, educational, social, and civic benefits to the Adams Morgan neighborhood for almost four decades. The Farmers Market is the designated provider for the neighborhood of the District's Farmers Market Nutrition Program Act (FMNP) and the Senior Farmers Market Nutrition Program (SFMNP), which provide free fresh fruits and vegetables to low-income children (one-to-five years of age), senior citizens, and pregnant, breastfeeding, and post-partum women. The Farmers Market provides healthy eating education to children in a variety of ways, including festivals, farm tours, cider making, bread baking, and healthful cooking demonstrations.

8.     Defendant SunTrust Bank Company, a/k/a SunTrust Banks, Inc., d/b/a SunTrust ("SunTrust") is, upon information and belief, a Georgia corporation, and one of the world's largest banking institutions, with over $205 billion in assets and many bank branches in the District of Columbia. Upon information and belief, SunTrust has owned the Plaza since its 2000 acquisition of Crestar Bank and all its assets.

9.     Defendant Crestar Financial Corporation ("Crestar") is, upon information and belief, a Virginia corporation whose authorization to operate in the District of Columbia has been revoked by the District of Columbia Department of Consumer and Regulatory Affairs. Upon information and belief, Crestar holds the deed to the Plaza, which upon information it acquired via quitclaim deed from the Resolution Trust Corporation ("RTC") in 1992.

10.     Many of the assets of Perpetual Savings (a successor to Perpetual), including the Plaza and the bank branch at 1800 Columbia Road, were transferred by the RTC to Crestar in 1992 following the insolvency of Perpetual and the liquidation of its assets by the RTC during the savings and loan crisis of the late 1980s. Upon information and belief, defendant SunTrust acquired defendant Crestar, and, with it, the Plaza and its associated easement in favor of the public in 2000.

11.     Upon information and belief, defendant Potomac Investment Properties, Inc. ("Potomac Investment Properties") is a District of Columbia corporation which holds, directly or indirectly, an actual or contingent ownership interest in the Plaza (and the larger parcel containing the Plaza), and is one of the developers of the Plaza and the larger parcel.

12.     Upon information and belief, defendant P.N. Hoffman & Associates, Inc. ("P.N. Hoffman") is a District of Columbia corporation which holds, directly or indirectly, an actual or contingent ownership interest in the Plaza (and the larger parcel containing the Plaza), and is one of the developers of the Plaza and the larger parcel.

13.     Upon information and belief, defendant 1800 Columbia Potomac Investment Properties, LLC ("1800 Columbia Potomac Investment Properties") is a District of Columbia limited liability company that was formed in February 2017 by defendants Potomac Investment Properties and P.N. Hoffman and that holds, directly or indirectly, an actual or contingent interest in the Plaza (and the larger parcel containing the Plaza).

14.     Upon information and belief, defendant 1800 Columbia Road, LLC ("1800 Columbia Road, LLC") is a District of Columbia limited liability company formed in December 2015 whose charter is now revoked, but which nonetheless holds, directly or indirectly, an actual or contingent interest in the Plaza (and the larger parcel containing the Plaza).

**Statement of Facts**

15.     This action seeks to preserve the Plaza on the parcel located at the southwest corner of 18th Street and Columbia Road, Northwest, in Adams Morgan, further identified as square 2551, lot 0078, in the land title records of the District of Columbia, for continued public use.

16.     The parcel originally housed the ill-fated Knickerbocker Theater, the roof of which collapsed during a severe snow storm in 1922, killing 98 people, mostly Adams Morgan residents.

17.     The Knickerbocker was replaced by the Ambassador Theater, which hosted concerts by Jimi Hendrix and other music stars of the 1960s. After the Ambassador was demolished in 1969, farmers and neighborhood vendors began to use the space as a public marketplace, providing access to essential food and other goods to the Adams Morgan community.

18.     In the early 1970s, the former owners of the parcel proposed developing it into a BP gas station, but that plan was rejected by the District of Columbia's Board of Zoning Adjustment amid fierce community opposition.

19.     In 1976, the owners of the 1800 Columbia Road parcel floated a new plan to sell the property to Perpetual, which again met strong community opposition.

20.     In the 1970s, Perpetual, like other banks in the District of Columbia, refused to write mortgages for homeowners in Adams Morgan, under the then prevailing practice known as "redlining." In redlined neighborhoods, such as Adams Morgan, creditworthy homeowners could not obtain mortgages because of the racial and ethnic composition of their neighborhoods. To

make matters worse, banks in the early 1970s provided financing to outside developers, who were buying up Adams Morgan townhouses for a song.

21.    Leading Adams Morgan civic associations, including the Adams Morgan Organization ("AMO") and the Adams Morgan Advisory Neighborhood Commission ("ANC"), opposed allowing Perpetual to open a branch at 18th and Columbia Road, unless it agreed to end redlining and preserve a portion of the Columbia Road property for continued public use.

22.    Community organizations, including AMO and the ANC, decided to take their fight to preserve a portion of the property's space for public use and end redlining to the Federal Home Loan Bank Board ("FHLBB"), the governing authority for federally chartered savings and loan institutions. Adams Morgan community groups filed a formal protest in 1976 against Perpetual's application for an Adams Morgan branch with the FHLBB. Representatives of the ANC and AMO flew to Atlanta and testified in November of 1976 before the FLHBB against Perpetual's application for the proposed Adams Morgan branch.

23.    On November 2, 1976, Thomas J. Owen, the president of Perpetual, affirmed Perpetual's proposed dedication of a portion of the parcel for public use in a letter, copies of which were sent to the entire Adams Morgan community. Owen wrote that

> Perpetual…agrees to develop the [Plaza] property in such a way as to preserve its open quality, attractiveness and accessibility to the vendors that presently use it..[and build] a branch housed in a modest three story building placed as far back as possible in order to allow ample room for vendors and other open-air activities.[1]

24.    Following negotiations between the community organizations and Perpetual, Perpetual agreed to a set of detailed policies designed to end redlining and dedicate the Plaza for public use.

---

[1]    November 2, 1976, letter from Thomas H. Owen to members of the Adams Morgan community.

25.     In exchange for the creation of the Plaza and the ending of redlining, the community groups withdrew their protest before the FHLBB, resulting in the FHLBB's approval on August 18, 1977, of Perpetual's application to locate a bank branch at the intersection of Columbia Road and 18th Street, and welcomed Perpetual into their community.

26.     Perpetual commissioned the modernist Washington architect Seymour Auerbach to design the Adams Morgan branch in accordance with the terms of its agreement to preserve space for public use and establish the Plaza.

27.     Perpetual's Adams Morgan bank branch and the Plaza were built in accordance with Auerbach's plans in 1978, were opened in 1979, and exist in essentially the same form today. The design for the site features a 2,500-square foot open Plaza, with a 1,500-square foot elevated performers' platform above it. The bank branch is housed, as Perpetual promised, in a modest three-story building placed toward the rear of the parcel.

28.     In keeping with Perpetual's dedication, the Plaza has been open continuously for public use 24 hours a day, 365 days a year for about 38 years since completion of the plaza in early 1979. There are no fences, gates, or lines of demarcation separating the Plaza from the public roads and sidewalks and no signs limiting the public's use of the Plaza space.

29.     The Farmers Market, political, social, cultural, and other public uses of the Plaza have continued uninterrupted since Perpetual dedicated the Plaza to public use and completed its construction. Hundreds of civic cultural, musical, and community events have been held on the Plaza, and it is continually in use as a public square and meeting place.

30.     In about 2015, upon information and belief, defendants Potomac Investment Properties and P.N. Hoffman reached an agreement with defendant SunTrust to develop the

Plaza and the rest of the 1800 Columbia Road parcel as a privately-owned, luxury condominium building ("P.N. Hoffman Plan").

31.     The P.N. Hoffman Plan would leave only a small cut-out of approximately 350 square feet at the corner of 18th Street and Columbia Road that would contain benches and planters and, even if it were properly designed, would be too small to accommodate the Farmers Market or the longstanding community, social, educational, civic, and artistic uses to which the Plaza was dedicated.

32.     On May 4, 2016, the ANC voted unanimously (with two abstentions) to reject the first P.N. Hoffman Plan.

33.     Undeterred by community opposition, the defendants have continued to move forward with the Current P.N. Hoffman Plan through the District of Columbia's regulatory review process, so that there is now nothing to prevent the defendants from destroying the Plaza.

34.     Upon information and belief, defendants Potomac Investment Properties and P.N. Hoffman formed a new limited liability company, 1800 Columbia Potomac Investment Properties, in February 2017, in connection with their plans to begin the Plaza demolition and construction of a new condominium building in the space now occupied by the Plaza and subject to a public easement.

35.     Upon information and belief, defendants, acting through 1800 Columbia Road, LLC, filed for a raze permit on May 3, 2017, and for a shoring and sheeting permit and a foundation permit on May 12, 2017.  Should the District of Columbia Department of Consumer and Regulatory Affairs issue these permits as requested, there would be nothing standing in the way of the defendants' planned destruction of the Plaza.

36.     Construction of a condominium building where the Plaza now sits, as indicated in the Current P.N. Hoffman Plan, would destroy the Plaza, rendering the use and enjoyment of the public easement impossible. All attempts to dissuade defendants from destroying the public easement have been unsuccessful, necessitating this lawsuit.

**Statement of Claims**

**Count I**
(Declaratory and Injunctive Relief)

37.     Perpetual dedicated the Plaza to public use, creating an easement by public dedication on the Plaza portion of the 1800 Columbia Road parcel.

38.     The public accepted the easement offered by Perpetual, both through the agreement by community organizations to withdraw their FHLBB protest in 1977 and the long and uninterrupted use of the Plaza by members of the public as a town square since construction of the branch bank was completed in 1979.

39.     The construction of a building in the space now occupied by the Plaza would obliterate the longstanding public easement.

40.     Destruction of the easement would cause plaintiffs' members to lose the use and enjoyment of the Plaza and the vital civic, cultural, artistic, and nutritional benefits provided to these members by the Plaza.

41.     The loss of the Plaza would undermine community health and adversely affect the livability and vibrancy of the Adams Morgan neighborhood.

42.     Members of vulnerable groups, including the children of members of KCA and AdMo4RD and members who are young mothers or senior citizens, would lose access to programs which provide them with fresh farm products at no cost. The well-being of members'

children would be especially affected by not having a farmers market and public square in their neighborhood.

43.      The Plaza provides much more for Adams Morgan residents than fresh and wholesome food. The social, cultural, and neighborhood benefits of a public town square – in continual existence for about 38 years – are testaments to the Plaza's enduring and vital importance to the community. The loss of these social and cultural benefits would harm plaintiffs.

44.      Destruction of the public easement is a clear and present threat to the plaintiffs' use and enjoyment of an irreplaceable community resource. Implementation of the Current P.N. Hoffman Plan would cause the members of plaintiffs' organizations to lose the use and enjoyment of the Plaza as a neighborhood social, recreational, nutritional, and cultural gathering place. The loss of the Plaza would undermine the character of the neighborhood and adversely impact the livability of Adams Morgan.

45.      The Plaza is an important neighborhood amenity. Its loss would result in pecuniary losses to plaintiffs' members.

46.      The threatened destruction of the easement is real, concrete, specific, and immediate. The defendants are in the final stages of the preparation process and could begin cordoning off and obliterating the Plaza in the immediate future as permit applications to raze the bank building and to both shore the property and build the foundation for the new condominium building were submitted to the District of Columbia Department of Consumer and Regulatory Affairs on May 3 and 12, 2017, respectively.

**Prayer for Relief**

    **Wherefore,** plaintiffs move for the following relief:

1.    A declaratory judgment that an easement for the benefit of the public exists for the Plaza located at the corner of the intersection of 18th Street and Columbia Road, Northwest (square 2551, lot 0078), and an injunction enjoining the defendants from destroying or otherwise interfering with the public easement on the Plaza, and specifically, from destroying the Plaza by constructing their proposed luxury condominium in the space now occupied by the Plaza, and/or limiting the public's use or access to the Plaza.

2.    Plaintiffs' costs and fees associated with this action.

3.    Such other relief as is just.

**Jury Demand**

    The plaintiffs demand a jury trial.

                       /S/  PAUL ZUKERBERG

                       _____

                       Paul Zukerberg, DC Bar # 388152
                       Zukerberg & Halperin, PLLC
                       1790 Lanier Place N.W.
                       Washington, D.C. 20009-2118
                       (202) 232-6400
                       paul@zukerberg.com