UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KALORAMA CITIZENS ASSOCIATION, | : | |
| | : | |
| and | : | |
| | : | |
| ADAMS MORGAN FOR REASONABLE DEVELOPMENT, | : | |
| | : | |
| Plaintiffs, | : | Civil Case No. 18-528 (RJL) |
| | : | |
| vs. | : | |
| | : | |
| SUNTRUST BANK COMPANY, | : | |
| | : | |
| Defendant. | : | |

_____

**NOTICE OF APPEARANCE**

*To the Clerk of the Court:*

Kindly enter the appearance of undersigned counsel on behalf of the two plaintiffs, Kalorama Citizens Association and Adams Morgan for Reasonable Development.

                                                Respectfully Submitted,

                                                /S/     PAUL ZUKERBERG

                                                _____
Paul Zukerberg, Esq. DC Bar # 388152
Zukerberg & Halperin, PLLC
1790 Lanier Place, NW
Washington, D.C. 20009-2118
Tel: (202) 232-6400
Fax: (202) 232-5746
Email: paul@zukerberg.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was sent via PACER.gov and first-class mail, postage prepaid, this 2nd Day of April, 2018:

>Mary Zinsner, Esq.
>S. Mohsin Reza, Esq.
>Troutman Sanders LLP
>1850 Towers Crescent Plaza, Suite 500
>Tysons Corner, VA 22182

>/S/ PAUL ZUKERBERG
>_____
>Paul H. Zukerberg, DC Bar # 388152