UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KALORAMA CITIZENS ASSOCIATION,<br><br>and<br><br>ADAMS MORGAN FOR REASONABLE DEVELOPMENT,<br><br>   Plaintiffs,<br><br>   v.<br><br>SUNTRUST BANK COMPANY,<br><br>   Defendants. | Civil Case No. 18-528 (RJL) |

**NOTICE**

The substance of Plaintiffs' memorandum of law in opposition to Defendant SunTrust's motion for summary judgment is the same as the substance of their memorandum in opposition to Defendant SunTrust's motion for summary judgment filed by Plaintiffs in Superior Court of the District of Columbia on February 20, 2018. However, this memorandum has been modified, clarified, and updated as necessary to reflect the passage of time and the dismissal of claims against four developer defendants and to conform to the requirement of Local Rule 7(h)(1) for "references to the parts of the record relied on." Consistent with Local Rule 7(h)(1), Plaintiffs have added citations in this memorandum where appropriate. Further, Plaintiffs have added the accompanying opposition to Defendant SunTrust's statement of undisputed material facts and nine additional exhibits (numbered as Exhibits 32 to 40) to ensure that a complete record is before this Court and to better assist this Court in resolving this case. Except for Exhibit 40 (dealing with Plaintiff KCA's status as a "public" nonprofit organization), the nine additional exhibits were part of other filings

in Superior Court and part of the record of this case. The exhibits added in connection with this filing supplement the initial set of exhibits submitted as part of Plaintiffs' pending motion for summary judgment and are numbered accordingly (exhibits 32 through 40).

/S/ PAUL ZUKERBERG

Paul H. Zukerberg, Esquire
DC Bar # 388152
**Zukerberg & Halperin, PLLC**
1790 Lanier Place N.W.
Washington, D.C. 20009-2118
(202) 232-6400